UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MICHELE BAILEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 4:16-cv-00431-KOB |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

## **MEMORANDUM OPINION**

On June 13, 2018, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen days in which to file objections to the recommendations made by the magistrate judge. On June 25, 2018, the plaintiff filed a plethora of objections to the report and recommendation that take issue with virtually every statement in the magistrate judge's report, but boil down to basically the same arguments rejected by both the magistrate judge and the ALJ. The shotgun approach to objections obfuscates any possible merit any one objection might possibly have and the court could find no "needle-in-the-haystack" error in the magistrate judge's report.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and the plaintiff's objections, the court hereby ADOPTS

the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the decision of the Commissioner be affirmed and OVERRULES the plaintiff's objections.

The court will enter a separate order in conformity with this Memorandum Opinion.

DONE and ORDERED this 20th day of September, 2018.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE